SANTIAGO PÉREZ GONZÁLEZ ET AL., demandantes y recurridos, *v.* MANUEL VAZQUEZTELL PÉREZ ET AL., demandados y recurrentes.

*Número:* 443     *Resuelto:* 28 de septiembre de 1962

*Rivera Zayas, Rivera Cestero & Rúa,* abogados de los recurrentes; *Ángel Manuel Ciordia,* abogado de los recurridos.

Sala integrada por el Juez Asociado Señor Pérez Pimentel como Presidente de Sala y los Jueces Asociados Señores Rigau y Dávila.

PER CURIAM: Sólo se impugna la cuantía de la indemnización concedida. No hay controversia sobre cómo sucedió el accidente que dio margen a la acción ejercitada. Se acepta la negligencia en que alega incurrió la demandada. Mientras Rosa María Claudio Batista y Santiago Pérez González viajaban en un automóvil de servicio público conducido por José Antonio Figueroa Olivo, un camión perteneciente a la Goodyear Western Hemisphere Corporation conducido por Manuel Vazqueztell lo chocó por la parte trasera recibiendo lesiones los pasajeros y el conductor. Radicaron esta acción en unión de sus respectivos cónyuges e hijos para resarcirse de los daños sufridos. Se dictó sentencia a su favor.

Para resarcir a los demandantes de los daños sufridos por cada uno de ellos el tribunal de instancia le concedió las siguientes partidas: Dr. Santiago Pérez González $100,000.00; Dra. Alejandrina González $10,000.00; Dr. Jaime Pérez Rosario $1,000.00; Santiago Pérez González Jr. $2,000.00; José Arturo Pérez González $2,000.00; Matilde Pérez González $2,000.00; Rosa María Claudio Batista $10,000.00; Jorge Luis Torres $1,000.00; Edyth Sánchez Claudio $2,000.00; Ramón Luis Sánchez Claudio $800.00; Arnaldo Sánchez Claudio $800.00; Aidee Sánchez Claudio $400.00; José Antonio Figueroa Olivo $5,000.00; Leonor Oliveras Vázquez $1,000.00.

Examinada la prueba y consideradas todas las circunstancias concurrentes, las lesiones recibidas y las incapacidades resultantes, entendemos que se ajusta más a lo razonable reducir la cuantía de las indemnizaciones concedidas en la forma que a continuación se expresa y reduciendo la partida de honorarios a $5,000.00:

| | |
|---|---|
| Dr. Santiago Pérez González | $40,000.00 |
| Dra. Alejandrina González | 1,000.00 |

| | |
|---|---|
| Dr. Jaime Pérez Rosario | $100.00 |
| Santiago Pérez González Jr. | 200.00 |
| José Arturo Pérez González | 200.00 |
| Matilde Pérez González | 200.00 |
| Rosa María Claudio Batista | 7,500.00 |
| Jorge Luis Torres | 500.00 |
| Edyth Sánchez Claudio | 100.00 |
| Ramón Luis Sánchez Claudio | 100.00 |
| Arnaldo Sánchez Claudio | 100.00 |
| Aidee Sánchez Claudio | 100.00 |
| José Antonio Figueroa Olivo | 3,000.00 |
| Leonor Oliveras Vázquez | 300.00 |

*Modificada así la sentencia que dictó el Tribunal Superior, Sala de Arecibo, con fecha 18 de noviembre de 1960, se confirmará.*